UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ALBERT BRANCH,**

      **Plaintiff,**

**v.**                                Case No:  6:18-cv-2185-Orl-28DCI

**CENTRAL FREIGHT LINES, INC.,**

      **Defendant.**

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **CENTRAL FREIGHT LINES, INC.** in Orlando, Florida on the 18th day of April 2019.

                                                    ELIZABETH M. WARREN, CLERK
                                                            s/DA, Deputy Clerk

Copies furnished to:
Counsel of Record